# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LEANN R. NELSON  
8103 N. SECOND STREET  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-6549

Case Number: 05-71924

Case filed on: 4/19/2005  
Plan Confirmed on: 6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,638.92        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | LEANN R. NELSON | 0.00 | 0.00 | 38.92 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 38.92 | 0.00 |
| 001 | WFS FINANCIAL | 1,500.00 | 1,500.00 | 1,500.00 | 292.71 |
|  | Total Secured | 1,500.00 | 1,500.00 | 1,500.00 | 292.71 |
| 001 | WFS FINANCIAL | 5,842.56 | 5,842.56 | 34.52 | 0.00 |
| 002 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ANIMAL MEDICAL CLINIC NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ANTHONY F. BENASSI DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY TERRY HOSS & | 90.45 | 90.45 | 0.53 | 0.00 |
| 006 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | B. SANFIELD, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAVALRY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 633.59 | 633.59 | 3.74 | 0.00 |
| 011 | CHECK IT | 80.00 | 80.00 | 0.47 | 0.00 |
| 012 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | B-LINE LLC | 597.75 | 597.75 | 3.53 | 0.00 |
| 016 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DR. HARRY DARLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | EAR NOSE & THROAT SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FRIEDMAN & WEXLER LLC #91761 | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 662.25 | 662.25 | 3.91 | 0.00 |
| 022 | DR. JOANNE HOLLOKA | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 498.36 | 498.36 | 2.95 | 0.00 |
| 025 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 1,912.05 | 1,912.05 | 11.29 | 0.00 |
| 028 | NORTH PARK WATER DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NORTHWEST SUBURBAN COMM HOSPITAL | 22,626.83 | 22,626.83 | 133.67 | 0.00 |
| 030 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PEOPLE'S NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PHYSICIANS IMMEDIATE CARE | 186.27 | 186.27 | 1.10 | 0.00 |
| 033 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | RETRIEVAL MASTERS CREDITORS BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCK RIVER DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD HEALTH PHYSICIANS | 153.00 | 153.00 | 0.91 | 0.00 |
| 039 | ROCKFORD MERCANTILE AGENCY INC | 1,700.55 | 1,700.55 | 10.05 | 0.00 |
| 040 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | RESURGENT CAPITAL SERVICES | 240.01 | 240.01 | 1.41 | 0.00 |
| 042 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | UNITED CREDIT SERVICE INC | 188.00 | 188.00 | 1.11 | 0.00 |
| 044 | WINNEBAGO COUNTY CIRCUIT CLERK | 377.00 | 377.00 | 2.22 | 0.00 |
| 045 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | MUTUAL MANAGEMENT SERVICES | 542.99 | 542.99 | 3.21 | 0.00 |
|  | Total Unsecured | 36,331.66 | 36,331.66 | 214.62 | 0.00 |
|  | Grand Total: | 39,195.66 | 39,195.66 | 3,117.54 | 292.71 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $3,410.25 |
| Trustee Allowance: | $228.67 |
| Percent Paid Unsecured: | 0.59 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                                            /s/ Lydia S. Meyer
                                                                           Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008             By  /s/Heather M. Fagan